Submitted by:

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 237214)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| FAMILY FARM ALLIANCE,<br><br>             Plaintiff,<br><br>      v.<br><br>KENNETH SALAZAR, as Secretary of the United States Department of the Interior, *et al.*,<br><br>             Defendants. | Case No. 1:09-cv-1201 OWW DLB<br><br>**Order on Plaintiff's Motion to Compel Immediate Production of the Administrative Record** |

Before the Court is the Plaintiff's Motion to Compel Immediate Production of the Administrative Record (Docket No. 25). Having considered the motion and memorandum in support thereof, the Defendants' brief in opposition thereto (Docket No. 27), the Plaintiff's reply brief (Docket No. 28), and the arguments of the parties at the December 14, 2009 hearing, the Court hereby **ORDERS** that the motion be **DENIED**.

It is further **ORDERED** that the Defendants shall lodge with the Court, serve upon the Plaintiff, and deliver to the Court's chambers a searchable digital video disc copy of the

Order on Mot. To Compel
Immediate Production of Admin. Record          1                    09-cv-1201 OWW

PDF created with pdfFactory trial version www.pdffactory.com

Administrative Record no later than January 15, 2010. It is further **ORDERED** that Defendants be relieved of the requirement to upload the Administrative Record onto the Court's Electronic Case Filing system, and to file a hard copy with the clerk of the Court.

**IT IS SO ORDERED.**

Dated: December 29, 2009         /s/ OLIVER W. WANGER
                                 UNITED STATES SENIOR DISTRICT JUDGE

Order on Mot. To Compel
Immediate Production of Admin. Record    2                    09-cv-1201 OWW

PDF created with pdfFactory trial version www.pdffactory.com