
IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 237214)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Defendants*


BRENDA W. DAVIS, State Bar No. 133087
bdavis@bwdlawgroup.com
LESLIE R. WAGLEY, State Bar No. 215281
lwagley@bwdlawgroup.com
THE BRENDA DAVIS LAW GROUP
1990 3rd Street, Suite 400
Sacramento, Ca. 95811
Telephone:   (916) 341-7400
Facsimile:   (916) 341-7410

*Attorneys for Plaintiff*
*Family Farm Alliance*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILY FARM ALLIANCE, | ) |
| *Plaintiff*, | ) Case No.: 1:09-CV-1201-OWW-DLB |
| v. | ) **STIPULATION AND ORDER** |
| | ) **EXTENDING TIME FOR** |
| KENNETH SALAZAR, as Secretary of the | ) **DEFENDANTS TO FILE THE** |
| United States Department of the Interior, *et al.*, | ) **ADMINISTRATIVE RECORD** |
| *Defendants*. | ) |

PDF created with pdfFactory trial version www.pdffactory.com

On December 29, 2009, the Court entered an Order requiring the Defendants to file and serve the Administrative Record in this matter on or before January 15, 2010. *See* Order at 2 (Docket No. 37). However, Defendants believe that an extension is necessary because logistical difficulties have made it infeasible for them to complete the Administrative Record by the current January 15, 2010 deadline, and they require an additional two weeks, to January 29, 2010, to file the Administrative Record. Following the request by the Defendants, Plaintiff reluctantly agrees to Defendants' requested extension, but does not agree to any further extensions beyond that date due to the urgent nature of this action. Defendants assert that this extension will not affect other deadlines set by the Court. The parties thus stipulate to a two week extension of time by which Defendants must file the Administrative Record, from January 15, 2010 to January 29, 2010.

Respectfully submitted this 15th day of January, 2010.

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Section Chief

   /s/ Ethan Carson Eddy
ETHAN CARSON EDDY, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275
*Attorneys for Federal Defendants*

THE BRENDA DAVIS LAW GROUP

By:    /s/ Brenda W. Davis
       Brenda W. Davis

*Attorneys for Plaintiff*
FAMILY FARM ALLIANCE

**IT IS SO ORDERED.**

Dated:  January 15, 2010            /s/ OLIVER W. WANGER
                                    United States Senior District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com