| | |
|---|---|
| 1 | BRENDA W. DAVIS, State Bar No. 133087 |
| | bdavis@bwdlawgroup.com |
| 2 | LESLIE R. WAGLEY, State Bar No. 215281 |
| | lwagley@bwdlawgroup.com |
| 3 | THE BRENDA DAVIS LAW GROUP |
| | 1990 3rd Street, Suite 400 |
| 4 | Sacramento, Ca. 95811 |
| | Telephone:   (916) 341-7400 |
| 5 | Facsimile:    (916) 341-7410 |

Attorneys for Plaintiff
Family Farm Alliance

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILY FARM ALLIANCE, a nonprofit organization; | Case No.:   1:09-cv-01201-OWW-DLB |
| Plaintiff, | **Order Regarding Consolidation** |
| v. | Date:         January 11, 2010 |
| KENNETH LEE SALAZAR, as Secretary of the United States Department of the Interior, *et al.,* | Time:         11:15 a.m. |
| | Courtroom:  3 |
| Defendants. | Honorable Oliver W. Wanger |

Having reviewed the parties' responses and replies to the Court's December 3, 2009 Order to Show Cause Re Consolidation and oral argument from the parties on January 11, 2010, the Court hereby ORDERS that the above-captioned matter be partially consolidated with *The Delta Smelt Consolidated Cases,* Case No. 09-407 OWW-DLB.

Plaintiff's second and third causes of action will remain separate from *The Delta Smelt Consolidated Cases* and shall maintain the current case number for those causes of action.  Plaintiff Family Farm Alliance's first cause of action will be consolidated with *The Delta Smelt Consolidated Cases.*  Plaintiff Family Farm Alliance will receive the pleadings and reports related to the upcoming evidentiary hearings in *The Delta Smelt Consolidated Cases* to evaluate the necessity of adding any

[Proposed] Order
Regarding Consolidation                           - 1 -                           1:09-cv-01201-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com

1  of its own experts for those hearings, coordinate with the other *Delta Smelt Consolidated Cases*
2  parties, and prepare a status report to the Court regarding that evaluation by January 26, 2010.

**IT IS SO ORDERED.**

DATED: January 22, 2010        /s/ OLIVER W. WANGER
                               HON. OLIVER W. WANGER
                               UNITED STATES DISTRICT JUDGE

[Proposed] Order
Regarding Consolidation                 - 2 -                    1:09-cv-01201-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com