BRENDA W. DAVIS, State Bar No. 133087
bdavis@bwdlawgroup.com
LESLIE R. WAGLEY, State Bar No. 215281
lwagley@bwdlawgroup.com
THE BRENDA DAVIS LAW GROUP
1990 3rd Street, Suite 400
Sacramento, Ca. 95811
Telephone:   (916) 341-7400
Facsimile:    (916) 341-7410

GARY W. SAWYERS, State Bar No. 96077
SAWYERS & HOLLAND, LLP
gsawyers@sawyerslaw.com
652 West Cromwell Avenue, Suite 101
Fresno, Ca. 93711
Telephone:   (559) 438-5656
Facsimile:    (559) 438-1781

Attorneys for Plaintiff Family Farm Alliance

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILY FARM ALLIANCE, a nonprofit organization,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEE SALAZAR, et al.,<br><br>Defendants. | Case No.:  1:09-cv-01201-OWW-DLB<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

On February 5, 2010, the Court held a status conference to discuss the case management schedule for the following the partial consolidation of the action with the *Delta Smelt Consolidated Cases*, Lead Case No. 1:09-CV-00407 OWW GSA.  After discussion with the parties, the Court hereby ORDERS that the unconsolidated portions of this matter will continue to follow the schedule set forth in the initial November 6, 2009 Scheduling Order (Docket No. 24).

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

The continuing schedule for the unconsolidated portions of this matter are as follows:

February 19, 2010    Deadline for any motions to augment or supplement the Administrative Record or to admit extra-record evidence

April 15, 2010    Deadline for filing cross-motions for summary judgment

May 6, 2010    Settlement Conference Date scheduled for 10:00 a.m. in Courtroom 9

May 15, 2010    Deadline for Defendants' filing of cross-motion and opposition

June 15, 2010    Deadline for Plaintiff's filing of opposition and reply

June 30, 2010    Deadline for Defendants' filing of reply

August 6, 2010    Hearing date on cross-motions for summary judgment (one-half day reserved

**IT IS SO ORDERED.**

Dated: February 12, 2010                    /s/ OLIVER W. WANGER
                                            U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com