**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| FAMILY FARM ALLIANCE,<br><br>        *Plaintiff*,<br><br>    v.<br><br>KENNETH SALAZAR, as Secretary of the United States Department of the Interior, *et al.*,<br><br>        *Defendants*. | Case No. 1:09-cv-1201 OWW SKO<br><br>**Order Granting Request to Vacate Settlement Conference** |

Before the Court is the Defendants' Unopposed Request to Vacate Settlement Conference. Docket No. 56 (April 27, 2010). Upon reviewing the parties' request, and finding good cause therefore, the Court hereby GRANTS the request and VACATES the May 6, 2010 settlement conference. The parties are advised to contact the court if they determine that a settlement conference would be beneficial at a later date.

The Court further ORDERS that the parties are hereby excused from the requirement on page 12 of the Court's November 6, 2009 Order (Docket No. 24) that they submit confidential settlement conference statements.

IT IS SO ORDERED.

   Dated:   **April 27, 2010**              **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE