Submitted by:

IGNACIA S. MORENO, Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Acting Section Chief
S. JAY GOVINDAN, Acting Assistant Chief
ETHAN CARSON EDDY, Trial Attorney (Cal. Bar No. 237214)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0202 / Facsimile: (202) 305-0275

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAMILY FARM ALLIANCE, | |
| *Plaintiff*, | Case No.: 1:09-CV-1201-OWW-JLT |
| v. | **Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment** |
| KENNETH SALAZAR, as Secretary of the United States Department of the Interior, *et al.*, | |
| *Defendants*. | |

Before the Court are the parties' cross-motions for summary judgment on Claims 2 and 3 of Plaintiff's complaint (Docket Nos. 54, 60). On January 22, 2010, the Court consolidated Claim 1 with *The Delta Smelt Consolidated Cases*, Civ. No. 09-407 OWW, *see* Docket No. 44, and that claim is not presently before the Court. The Court has considered the full record in this case, including the parties' motions, supporting memoranda, and arguments presented at the September 22, 2010 hearing, at which all parties were represented by counsel as stated on the record. For the reasons set forth in the Court's Memorandum Opinion dated October 26, 2010 (Docket No. 75), the Court hereby **ORDERS** that Defendants' motion for summary judgment on

PDF created with pdfFactory trial version www.pdffactory.com

Claims 2 and 3 be **GRANTED** and that the Plaintiff's motion for summary judgment on Claims 2 and 3 be **DENIED**.

Final partial judgment is hereby entered for Defendants and against Plaintiffs on Claims 2 and 3.

**IT IS SO ORDERED.**

Dated: November 8, 2010            /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com